

KOH
TFH/PLC: USAO 2022R00202

USDC- GREENBELT
'22 MAY 12 PM 4:14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-cr-00180 TDC |
| v. | * | |
| | * | False Impersonation of an Officer and |
| ANTIONE WILLIAM TUCKSON, | * | Employee of the United States, 18 |
| | * | U.S.C. § 912; Felon in Possession of |
| Defendant | * | Firearm, 18 U.S.C. § 922(g)(1); |
| | * | Forfeiture 18 U.S.C. § 924(d); 21 |
| | * | U.S.C. 853(p), 28 U.S.C. § 2461(c) |
| | * | |

*******

### INDICTMENT

### COUNT ONE
#### (False Impersonation of an Officer or Employee of the United States)

The Grand Jury for the District of Maryland charges that:

On or about March 6, 2022, in the District of Maryland, the Defendant,

**ANTIONE WILLIAM TUCKSON**,

did knowingly and falsely assume and pretend to be an officer and employee acting under the authority of the United States and did act as such, and in such pretended character demanded and obtained any money, paper, document, and thing of value, that is: did hold himself out to be a Deputy United States Marshal and did identify himself as a Deputy United States Marshal.

18 U.S.C. § 912

## COUNT TWO
### (Felon in Possession of Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about March 6, 2022, in the District of Maryland, the Defendant,

**ANTIONE WILLIAM TUCKSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm, that is, a loaded Glock Model 19, 9mm caliber, semi-automatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant **ANTIONE WILLIAM TUCKSON**'s conviction under Count Two of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense set forth in Count Two of this Indictment, the defendant,

**ANTIONE WILLIAM TUCKSON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in that offense, including, but not limited to:

   a. a Glock Model 19, 9mm caliber, semi-automatic pistol, bearing serial number BESD388; and

   b. approximately 11 rounds of 9mm ammunition contained therein.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty,

3

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL:

Foreperson

Date: May 12, 2022