**Exhibit A – Images of evidence recovered during arrest of Tuckson on March 6, 2022**







**Exhibit A (Continued) – Images of evidence recovered during arrest of Tuckson on March 6, 2022.**









