**Exhibit B – Excerpts of Charles County Sheriff Offense/Incident Report dated December 27, 2018**

 

## Charles County Sheriff

PO Box 189
La Plata, MD 20646

### Offense/Incident Report

**Incident**

| Date/Time Reported | Incident Start Date/Time | Incident End Date/Time | Incident Number |
|---|---|---|---|
| 12/27/2018 19:02 | 12/27/2018 18:50 | 12/27/2018 19:02 | 1812010 |

| Location | County | Coverage Area |
|---|---|---|
| WALDORF MD 20603 | Charles | 04C1 |

**Offense List**

ARMED ROBBERY
ASSAULT-FIRST DEGREE
THEFT: $1,500 TO UNDER $25,000

**Incident Summary**

The unidentified suspect produced a black handgun and robbed the victim of $4,000.00 while he was walking to the back office of the bar. The suspect got into the passenger side of a Buick and was last observed on Crain Hwy. southbound near ▇▇▇.

**Reported By**

| Name: TUCKSON, ANTIONE WILLIAM | Role: Reported By | Phone: |
|---|---|---|

Address: ▇▇▇

| Employer Name: | Employer Address: | Work Phone: |
|---|---|---|

| Type of Victim: | Date of Birth: 10/09/1984 | Inc Age: 34 | Sup Age: N/A | Height: 5'9 | Weight: 142 | Race: B | Sex: M | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**

Antoine William Tuckson is a US Marshall that was driving his unmarked agency vehicle when the incident occurred. Antoine stated that on 12/27/2018 at approximately 1902 hours, he observed ▇▇▇ running from the ▇▇▇

Antoine was driving on Crain Highway southbound when he observed men running frantically out of the bar. Antoine turned on his emergency lights and blocked one of the exits of the bar. ▇▇▇ yelled to Antoine that he was just robbed. Antoine followed ▇▇▇ until they stopped their vehicle at ▇▇▇ Antoine called the police and reported the incident.