**Exhibit C – Maryland State Department of Assessments and Taxation Trade Name Application for USMS Special Services**

Filing Date and Time: 12/23/2020 11:51:13 AM

Acknowledgment Number: 5000000004384656

## TRADE NAME APPLICATION

(1) Trade Name *(only one Trade Name may appear here)*:
USMS Special Services  (T00499339)

(2) Street address(es) where name is used *(P.O. Box number is only accepted when part of the physical address)*:
[REDACTED]

(3) Full Legal Name of Owner of Business or Individual Using the Trade Name:
Antione Tuckson

(4) Department ID *(if applicable)*:
L21207667

(5) Address of Owner *(P.O. Box number is only accepted when part of the physical address)*:
[REDACTED]

(6) Description of Business:
Fugitive apprehension.

I affirm and acknowledge under penalties of perjury that the foregoing is true and correct to the best of my knowledge.

Signature(s) of Owner(s):

Antione Tuckson

MARYLAND STATE DEPARTMENT OF ASSESSMENTS & TAXATION   CHANGING Maryland for the Better   301 WEST PRESTON STREET, BALTIMORE, MARYLAND 21201-2395
SDATTN.1

Authentication Number: ikQZEyhdaUiQkmQapcT6XA                    Page 1 of 1

13