**Exhibit D – Photo of what appears to be one of the vehicles registered to USMS Special Services and the "bite dog" used by Tuckson on March 6, 2022.**

