**Exhibit E – Photo of forged Maryland MVA Application for Approval of Emergency/Non-Emergency or Service Vehicles**