**Exhibit F – Photos from Defendant Antione Tuckson's cellular telephone featuring what appears to be the defendant holding an assault rifle at a gun range and a revolver. Metadata indicates the pictures are dated February 21, 2018 (Picture 1) and November 27, 2021 (Picture 2).**

Picture 1

Picture 2


