**Exhibit G – Photo from Tuckson's cellular telephone of what appears to be an individual in handcuffs sitting on a curb**
**(Date Unknown)**

