**Exhibit H – Photo from Tuckson's cellular telephone of what appears to be a pile of $100 bills spread across a table next to a safe and a gun case**
**(Date Unknown)**

