**Exhibit I – Photo of firearms recovered during a May 20, 2022 search of Tuckson's home**

